No. 83. AMERICAN RAILWAY EXPRESS CO. v. FLEISCH-MANN, MORRISS & Co., INC.;

No. 84. AMERICAN RAILWAY EXPRESS CO. v. RICHMOND HARDWARE CO.;

No. 85. American Railway Express Co. v. G. T. Elliott, Inc.; and

No. 86. American Railway Express Co, v. Newcomb.

Argued November 28 and December 3, 1928. Decided December 10, 1928. *Per Curiam:* The writs of error are dismissed for want of a substantial federal question on the authority of *Wuchter* v. *Pizzutti*, 276 U. S. 13. *Mr. Wyndham R. Meredith,* with whom *Mr. Charles W. Stockton* was on the brief, for plaintiff in error. *Mr. A. W. Patterson* for defendant in error in No. 83. No appearance for defendants in error in Nos. 84, 85, and 86.